FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8000
Email: peter.simmons@friedfrank.com

November 15, 2024

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Damri v. LivePerson Inc.*, No. 1:23-cv-10517-PAE

Dear Judge Engelmayer:

    We represent defendants LivePerson, Inc., Robert LoCascio and John Collins in the above-referenced matter. In accordance with Your Honor's Individual Rules and Practices in Civil Cases 1(e), Defendants request that the oral argument date for Defendants' motion to dismiss the amended complaint, which you set yesterday for December 20, 2024 [ECF 41], be adjourned until January 2025. Defendants' counsel has a pre-existing conflict for a deposition in multi-party matter on that date, and the deposition would be hard to reschedule given an impending court-ordered discovery cutoff in that other case. Defendants have not previously sought an adjournment of the oral argument date. Plaintiff consents to this request.

    For scheduling purposes, we compared calendars with Plaintiff's counsel, and the parties are unavailable for argument on January 16-26 and January 31, 2025 but are available all other business days in January 2025.

Respectfully submitted,

Peter L. Simmons

cc:    All counsel of record (*via ECF*)

GRANTED. Oral argument is hereby re-scheduled for January 14, 2025 at 2 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 15, 2024
New York, New York

One New York Plaza, New York, New York 10004—1980
T: +1.212.859.8000  *friedfrank.com*