**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOAM DAMRI, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-                                 23 **CIVIL** 10517 (PAE)

                                                   **JUDGMENT**

LIVEPERSON, INC., *et al*.

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2025, the Court grants defendants' motion to dismiss. The dismissal is with prejudice. The Court denies defendants' motion to strike as moot. Accordingly, the case is closed.

**Dated:** New York, New York

     March 19, 2025

                                                                  **TAMMI M HELLWIG
                                                                     Clerk of Court**

                                       **BY:**
                                                              _____
                                                                   **Deputy Clerk**