**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the
Southern District of New York

File Number ___ 23 Civ. 10517 (PAE) ___

NOAM DAMRI

         *Plaintiff,*      )

    v.              )        Notice of Appeal

LIVEPERSON, INC. et al.,   )

       *Defendant.*    )

Notice is hereby given that Noam Damri, Lead Plaintiff in the above-named case*, hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting Defendants' Motion to Dismiss, ECF No. 48, entered in this action on the 19th day of March, 2025.

/s/ Tamar Weinrib

*Attorney for Noam Damri, Lead Plaintiff*
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants