UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOAM DAMRI, *individually and on behalf of all others similarly situated,*

                                                        Plaintiff,

                    -v-

LIVEPERSON, INC. *et al.,*

                                                        Defendants.

---

23 Civ. 10517 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 1, 2026, the Second Circuit issued its mandate in an appeal from the above-captioned action. Dkt. 54. The Circuit upheld the Court's decision to dismiss this action but vacated and remanded for the limited purpose of allowing plaintiff to amend based on material that he had obtained after the Court's dismissal of this action. *Id.* at 3. The Court sets the following briefing schedule as to the filing of any second amended complaint ("SAC"):

- Plaintiff's SAC shall be filed by **April 23, 2026**.

- The deadline for defendants to move to dismiss is **May 7, 2026**.[1] The deadline for plaintiff to oppose the motion to dismiss is **May 21, 2026**.

- The deadline for defendants' reply is **June 2, 2026**.

---

[1] Should defendants choose to answer rather than moving to dismiss, this same deadline applies.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2026
       New York, New York